UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN THE MATTER OF THE COMPLAINT
OF ISLAND JETSKI TOURS &
RENTALS, LLC,

    Petitioner,

v.    Case No: 8:19-cv-343-T-30CPT

JOHN DOE,

    Respondent.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal without Prejudice (Dkt. 7). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions, if any, are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 5th day of April, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record